UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

---------------------------------------------------------x

M. CLAUDIA GAROFALO,         :
an individual,               :     CASE NO.: 2:24-cv-02819
                             :
          Plaintiff,         :     Judge: Hon. Darrel James Papillion
vs.                          :
                             :     Magistrate: Hon. Janis Van Meerveld
COLUMNS HOTEL OWNER LLC, and :
COLUMNS HOTEL SANDSTONE       :
OPERATOR LLC                 :
                             :
          Defendants.        :

---------------------------------------------------------x

**IT IS HEREBY STIPULATED AND AGREED**, pursuant to Fed. R. Civ. P. 41(a)(ii),

by and between the undersigned attorneys of record, that the above-captioned proceeding be, and

hereby is, dismissed in its entirety, with prejudice, against the Defendants without fees or costs to

any party against any other.

Respectfully Submitted, this 12th day of November, 2025.


By:/s/ Andrew D. Bizer                    By:/s/ Michael B. Taylor
   **ANDREW D. BIZER**                       **MICHAEL B. TAYLOR**


**BIZER & DEREUS, LLC**                   **JACKSON LEWIS P.C.**
Andrew D. Bizer, Bar No. 30396            MICHAEL B. TAYLOR (LA #39081)
Garret S. DeReus, Bar No. 35105           MICHAEL.TAYLOR@JACKSONLEWIS.COM
Eva M. Kalikoff, Bar No. 39932            601 POYDRAS STREET
3319 St. Claude Avenue                    SUITE 1400
New Orleans, Louisiana 70112              NEW ORLEANS, LOUISIANA 70130
Telephone:    (504) 619-9999              TELEPHONE: (504) 208-1755
Facsimile:    (504) 948-9996              FACSIMILE: (504) 208-1759
Email:        andrew@bizerlaw.com         *Counsel for Defendants*
              gdereus@bizerlaw.com
              eva@bizerlaw.com
*Counsel for Plaintiff*