**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **M. CLAUDIA GAROFALO** | **CIVIL ACTION** |
| **VERSUS** | **NO. 24-2819** |
| **COLUMNS HOTEL OWNER LLC, ET AL.** | **SECTION: "P" (1)** |

## ORDER

Considering the parties' stipulation, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), to dismiss this action with prejudice, without fees or costs to any party against any other,

IT IS ORDERED that this action is DISMISSED WITH PREJUDICE, and the Clerk of Court shall close this case.

New Orleans, Louisiana, this 13th day of November 2025.

**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**